# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 96-113 |
| AARON HARRISON | SECTION: "S" |

## ORDER AND REASONS

Before the court are two motions filed by the defendant: (1) **Motion to Terminate Supervised Probation** (Rec. Doc. 934); and (2) **Motion to Waive Court Fines and Fees** (Rec. Doc. 936).

The United States Government has submitted a reply in which it states that it does not oppose either motion. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Terminate Supervised Probation (Rec. Doc. 934) and Motion to Waive Court Fines and Fees (Rec. Doc. 936) are granted as unopposed. Defendant's supervised release is hereby terminated and the balance of his fines and fees is waived.

New Orleans, Louisiana, this 22nd day of August, 2019.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**